**Joseph YEAGER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49943.**

Missouri Court of Appeals, Western District.

March 7, 1995.

Raymond L. Legg, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and BERREY, JJ.

***ORDER***

PER CURIAM:

Appeal from dismissal of Rule 29.15 motion.

Affirmed. Rule 84.16(b).